# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143101

RAMCO HARTLAND L.L.C., RAMCO RM
HARTLAND SC L.L.C., and RAMCO RM
HARTLAND DISPOSITION L.L.C.,
       Plaintiffs-Counter-
       Defendants-Appellants,

v

LANDMARK/MANSOUR DEVELOPMENT
L.L.C.,
       Defendant-Appellee,

and

HANI MANSOUR,
       Defendant-Counter-
       Plaintiff-Appellee.

SC: 143101
COA: 294890
Oakland CC: 2008-093556-CK

_____/

On order of the Court, the application for leave to appeal the February 8, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

Clerk

d0928